O

cc: order, docket, remand letter to
San Bernardino County Superior Court
Rancho Cucamonga, No. UDRS 1102872

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID GRAHAM, | ) | Case No. EDCV 11-02032 DDP (DTBx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION** |
| | ) | **TO REMAND** |
| v. | ) | |
| | ) | |
| BARBARA SOUZA, | ) | [Docket No. 6] |
| | ) | |
| Defendant. | ) | |

Presently before the court is Plaintiff David Graham's Motion for Order Remanding Case to State Court ("Motion"). Because Defendant has not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Plaintiff's Motion was set for February 13, 2012. Defendant's opposition was therefore due by January 23, 2012. As of the date of this Order, Defendant has not filed an

1   opposition, or any other filing that could be construed as a
2   request for a continuance.  Accordingly, the court deems
3   Defendant's failure to oppose as consent to granting the Motion to
4   Remand.  The court therefore GRANTS the Motion, and remands the
5   entire matter to state court.
6
7   IT IS SO ORDERED.
8
9
10  Dated: February 8, 2012
11                                     DEAN D. PREGERSON
                                       United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28